UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAL GEIGER,<br><br>                                             Plaintiffs,<br><br>- vs -<br><br>UNIVERSITY OF ROCHESTER,<br><br>                                             Defendants. | **NOTICE OF APPEARANCE**<br><br>**Civil Action No. 18-CV-06643 (FPG)** |

**PLEASE TAKE NOTICE** that Marion Blankopf of Nixon Peabody LLP, an attorney in good standing with the United States District Court for the Western District of New York, hereby enters a Notice of Appearance on behalf of Defendant University of Rochester, in the above-captioned matter.  Undersigned requests that copies of all papers in this action be served upon her at the address set forth below.

Dated:  November 5, 2018              **NIXON PEABODY LLP**
                                                            *Attorneys for Defendant,*
                                                               *University of Rochester*


                                                            By:    /s/ Marion Blankopf
                                                                       Marion Blankopf

                                                            1300 Clinton Square
                                                            Rochester, New York 14604
                                                            Telephone:  (585) 263-1000
                                                            mblankopf@nixonpeabody.com

4829-5504-8058.1