# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

_____

MICHAEL GEIGER

                       Plaintiff(s),

***MEDIATION CERTIFICATION***

      __18__ - cv - __06643__

             v.

UNIVERSITY OF ROCHESTER

                      Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on __3/10/19__.

    ☑ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 04/11/2019

**Mediator:** /S/ Patrick B. Naylon

**Additional Comments:**
Case resolved following additional telephonic and electronic communications and negotiati

[Print]  [Clear Form]